# UNITED STATES DISTRICT COURT
for the

**Middle** District of **Florida**

**Orlando** Division

FILED
2022 FEB 15 PM 2: 34
DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**Jean Rony Adolphe**
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**"See attached"**
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **6:22-cv-352-GKS-GJK**
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jean Rony Adolphe
   All other names by which you have been known:
   ID Number: 22000336
   Current Institution: Orange County Jail
   Address: P.O. Box #4970
   Orlando, FL. 32802
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Louis A. Quinones, Jr
   Job or Title (if known): Chief of Orange County Jail
   Shield Number:
   Employer: Orange County Jail
   Address: 3723 Vision Blvd
   Orlando, FL. 32802
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Officer/Sheriff Joseph Cameron
   Job or Title (if known): Sheriff/officer
   Shield Number: #9425
   Employer: Orange County Sheriff office
   Address: 2500 West Colonial Dr.
   Orlando, FL. 32804
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: Dan Paxton
  Job or Title (if known): Florida Attorney General
  Shield Number:
  Employer: The State of Florida
  Address: The Capitol PL-01
  Tallahassee, FL, 32399
  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: Tyler Storts
  Job or Title (if known): Sheriff/officer
  Shield Number: #9268
  Employer: Orange County Sheriff's office
  Address: 2500 West Colonial Drive
  Orlando, FL, 32804
  [✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

• Denial - Fourth Amendment under Constitution; being safe and secure as a guest in hotel room against illegal-warrantless search
• U.S. Supreme Court - had been denied because warrantless illegal search of guest in hotel room.
• Denial Liberty - Freedom; wrongfull arrest and incarceration.
  "See attached summary"

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

n/a

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See attached Summary"

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

This event took place on Jan 5th - 2022 at approx. 8:00 p.m. at the Quality Inn Hotel on West Landstreet in Orlando, Florida. In a hotel room that the Plaintiff never occupied - he was only a guest of ~~guest~~ occupied hotel room.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

· Jan 5th - 2022; The Plaintiff was illegally arrested and illegally booked - Remains in custody in the Orange County Jail.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Jan 5th - 2022 at approx. 8:00 p.m.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

When the Plaintiff had visited someone in the Quality Inn Hotel off Landstreet in Orlando, FL - approx 8:00p.m at night. The Plaintiff while in hotel room - is when police knocked on the door - Orange County Sheriff - (Joseph Cameron) - rushed into hotel room - conducted an illegal warrantless search and seizure. which had led to an illegal arrest and wrongful incarceation of the Plaintiff. which is a clear violation of the Fourth Amendment under U.S. Constitution. Along with Plaintiff's Federal civil rights of freedom being violated.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Only caused minor injuries by twisting Plaintiff's arms for no apparent reason - except excessive police force with no merit under the law to do so.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Whereas, Plaintiff due to illegal arrest - illegal warrantless search and seizure. That led to illegal incarceation in the Orange County Jail. The Plaintiff seeks $10,000,000 ⁑ in Punitive damages in this case. The Plaintiff is the true victim - by an illegal malice pursuit by Orange County Sheriff's along with state attorney.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

n/a

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   n/a

2. What did you claim in your grievance?

   n/a

3. What was the result, if any?

   n/a

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   n/a

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:



*This is not covered under jail grievance dept.*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



*n/a*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*n/a*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 ☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/10/22

Signature of Plaintiff: *(signed)*

Printed Name of Plaintiff: Jean Rony Adolphe

Prison Identification #: 22000336 (Orange County Jail)

Prison Address: P.O. Box #4790
Orlando, FL. 32802

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

## Additional - Defendants

Defendants in an addition - to those listed in Compliant are as follows:

1) Robert Wesley - Nineth Judicial
   Public Defender's office
   425 North Orange Ave - Suite #400
   Orlando, FL. 32802
   ☑ Official capacity

2) Attorney Dominique Cunningham, Esq.
   with Robert Wesley - Public Defender's office
   425 North Orange Ave - Suite #400
   Orlando, FL. 32802
   ☑ Individual Capacity  ☑ Official capacity

3) Attorney Memori McKimais, Esq.
   with Robert Wesley - Public Defender's office
   425 North Orange Ave - Suite #400
   Orlando, FL. 32802
   ☑ Individual Capacity  ☑ Official Capacity

4) Orange County - State Attorney's office
   425 North Orange Ave.
   Orlando, FL. 32802
   ☑ Official Capacity

5) Orange County - Sheriff - John Mina
   2500 West Colonial Drive
   Orlando, FL. 32804
   ☑ Individual Capacity  ☑ Official Capacity

<u>United States District Court</u>
<u>Middle District of Florida</u>
<u>Orlando, Division</u>

Jean Rony Adolphe
(Plaintiff)

## Summary

"This all started — when the Plaintiff had visited a friend — in the Quality Inn Hotel — off Landstreet in Orlando, Florida. On Jan 5th, 2022 at approx. 8:00 p.m. — while Plaintiff had justed entered room #134, <u>the Orange County Sheriff's</u> knocked on the door — Sheriff <u>Joseph Cameron</u> and <u>Tyler Storts</u> — removed the Plaintiff — from the room; and then conducted an illegal warrantless search — discovered drugs — that never belonged to the Plaintiff; nor had he had knowledge of them. That led to an illegal arrest of the Plaintiff — being booked illegally in the Orange County Jail. Where — Plaintiff currently remains fighting his innocense in this false accusations — with State Attorney picking there false charges — The Plaintiff is the true victim violated his Fourth Amendment right under U.S. Constitution — have an illegal warrantless search and seizure of hotel room. Along with his Federal Rights of Freedom and liberty. Whereas, <u>Louis A. Quinones, Jr</u> — <u>warden of Orange County Jail</u> and his staff have — illegally — wrongfully incarcerated the Plaintiff.

1 of 2

## Summary

- The malice and vindictive state attorney's office has wrongly and falsely pursued the Plaintiff in this false case brought against him. Clearly violated Plaintiff's Federal Civil Rights.

- The Robert Wesley - Public Defender's office - ineffective counsel provided to Plaintiff - violated rights to effective legal counsel. - under Federal rights for effective legal counsel.

- Both Attorney's - Dominique Cunningham Esq, and Memori Mckimais, Esq - with the Public Defender's office - that represented Plaintiff in both false cases - have been gross ineffective counsel for the Plaintiff in defense in both these false cases. Nelson hearings on both of these attorneys had been filed by the Plaintiff.

- The Orange County Sheriff - John Mina - responsible to have allowed his officers to pursue Plaintiff - illegally and performed an illegal warrantless search and seizure - that violated Plaintiff's Federal Rights.

- Florida Attorney General - Pam Payton - responsible to have allowed this complete improper / illegal actions committed by Orange County Sheriff's office, State attorney's office and even public defender's office - that has and continues to violate Federal Rights of the Plaintiff - who is the true victim.